

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2022

No. 04-21-00376-CR

Andell Brymonte **PITTMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2518
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Appellant's brief was due on January 10, 2022. On the due date, Appellant filed a motion for an extension of time to file the brief.

Appellant's motion is GRANTED. Appellant's brief is due on February 9, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court